58 A.3d 1174

IN THE MATTER OF PAUL J. CURRERI, AN ATTORNEY
AT LAW (ATTORNEY NO. 015921987).

January 28, 2013.

## ORDER

**PAUL J. CURRERI** of **TOTOWA,** who was admitted to the bar of this State in 1987, having pleaded guilty in the Superior Court of New Jersey to one count of conspiracy to commit theft by deception in violation of *N.J.S.A* 2C:5–2 an *N.J.S.A.* 2C:20–4, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **PAUL J. CURRERI** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **PAUL J. CURRERI** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **PAUL J. CURRERI** comply with *Rule* 1:20–20 dealing with suspended attorneys.